IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STEVE MINER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:07-cv-1260 |
| | ) | |
| MONTGOMERY COUNTY, TENNESSEE, | ) | Judge Thomas A. Wiseman, Jr. |
| | ) | |
| Defendant. | ) | |

## ORDER OF FINAL JUDGMENT

Plaintiff Steve Miner filed a complaint asserting claims for age discrimination in violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621 – 634, and the Tennessee Human Rights Act ("THRA"), Tenn. Code Ann. § 4-21-101 *et seq*. Now before the Court is defendant Montgomery County's motion for summary judgment (Doc. No. 14), in which the defendant asserts it is entitled to summary judgment in its favor as a matter of law.

For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that there are no genuine issues of material fact and defendant Montgomery County is entitled to judgment in its favor as a matter of law. The motion for summary judgment (Doc. No. 14) is therefore **GRANTED**.

This matter is hereby **DISMISSED IN ITS ENTIRETY** and **JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT**.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58, from which an appeal may lie.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge